## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TOWER INSURANCE COMPANY**
**OF NY,**

      **Plaintiff,**

**vs.**                            **CASE NO. 4:11-cv-226/RS-CAS**

**YOLAINE LORMEJUSTE,**
**as personal representative of the**
**Estate of Rony Germinal,**
**and LENNIE FULWOOD,**

      **Defendants.**
_____ /

### ORDER

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 34).  No

objections have been filed.

      **IT IS ORDERED**:

      1.  The Magistrate Judge's Report and Recommendation is adopted and

          incorporated by reference in this Order.

      2.  Plaintiff's Motion for Summary Judgment (Doc. 23) is **GRANTED**.

      3.  The Clerk is directed to enter judgment in favor of Plaintiff and against

          Defendants and close the file.

**ORDERED** on June 4, 2012.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**